review), we agree with the district court that Riggins failed to establish that Pulaski Bank's proffered legitimate, nondiscriminatory reasons for her termination were pretextual. *See Gilooly v. Mo. Dep't of Health & Senior Servs.*, 421 F.3d 734, 739 (8th Cir.2005) (burden-shifting analysis).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**PER CURIAM.**

George W. Miller appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his civil action against AMR Corporation. Upon de novo review, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.*, 133 F.3d 649, 651 (8th Cir.1998), we conclude that the district court's dismissal was appropriate. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**George W. MILLER, Appellant,**

v.

**AMR CORPORATION, Appellee.**

No. 06–1037.

United States Court of Appeals, Eighth Circuit.

Feb. 5, 2007.

**UNITED STATES of America, Appellee,**

v.

**Rusty Eugene McCOY, Appellant.**

No. 06–1338.

United States Court of Appeals, Eighth Circuit.

Feb. 5, 2007.

George W. Miller, Independence, MO, pro se.

Donald S. Prophete, Tracey F. George, Ogletree & Deakins, Kansas City, MO, for Appellee.

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

Jason Coatney, Springfield, MO, for appellant.

James J. Kelleher, Spec. Asst. U.S. Atty., Springfield, MO (Bradley J. Schlozman, U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.